WEINSTEIN & RILEY, P.S.
14 Penn Plaza, Suite 1300
New York, NY 10122-0049
By: Kenneth S. Jannette, Esq. (KJ 6394)
Tel: 800-206-7410
Attorneys for Plaintiff
Chase Bank USA, N.A.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY AT NEWARK

| | |
|---|---|
| In re: Rosa Disimone, | Chapter 7 |
| Debtor(s). | Case No. 10-16737-NLW |
| Chase Bank USA, N.A., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-01712-NLW |
| Rosa Disimone, | |
| Defendant(s). | |

### CERTIFICATE OF SERVICE

I, Kenneth S. Jannette, certify that I am not less than 18 years of age and am not a party to the above-captioned matter. On July 22, 2010 I served or caused to be served by first class mail, postage pre-paid, a true and correct copy of Plaintiff's First Set Of Interrogatories And Request For Production of Documents to Defendant and a true and correct copy of Plaintiff's First Request For Admission to Defendant upon:

    William H. Oliver Jr
    Brandywine Commons, 2240 Highway 33
        Suite 112
    Neptune, NJ 07753

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 7/22/2010

                              By: /s/ Kenneth S. Jannette
                                    Kenneth S. Jannette, Esq.

42670782